# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANNY McCADNEY

VERSUS

LOUIS HAMILTON

CIVIL ACTION

NO. 13-824-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated April 14, 2015, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability (R. Doc. 31) and Defendant's Motion for Summary Judgment (R. Doc. 35) are denied.

Signed in Baton Rouge, Louisiana, on May 6, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**